HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICKY LEE RICHARDSON, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-069-TLN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BAIL REVIEW HEARING |
| v. | Date: April 20, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |
| RICKY LEE RICHARDSON Jr., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Brian Fogerty, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorneys for Ricky Lee Richardson Jr., that the bail review hearing set for April 20, 2016 be continued to May 23, 2016 at 2:00 p.m. before the Honorable Carolyn K. Delaney. The parties have previously waived time through May 5, 2016.

Defense counsel has not been able to reach Mr. Richardson's doctor and requires additional time to receive and review pertinent medical records.

DATED: April 19, 2016                HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Noa E. Oren*
                                     NOA E. OREN
                                     Assistant Federal Defender
                                     Attorney for RICKY LEE RICHARDSON Jr.

DATED: April 19, 2016  
BENJAMIN B. WAGNER  
United States Attorney

*/s/ Brian Fogerty*  
BRIAN FOGERTY  
Assistant U.S. Attorney  
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It is ordered the April 20, 2016 bail review hearing shall be continued until May 23, 2016, at 2:00 p.m. before the Honorable Carolyn K. Delaney.

Dated: April 19, 2016

HONORABLE EDMUND F. BRENNAN  
United States Magistrate Judge

Stipulation and Order to Continue Bail Review Hearing -2- *US v. Richardson*, 16-cr-69