PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00069 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE |
| v. | DATE: January 19, 2017 |
| RICKY LEE RICHARDSON, JR., | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Ricky Lee Richardson, Jr., by and through counsel Jeffrey Fletcher, hereby agree and stipulate as follows:

On August 25, 2016, the Court set this case for a status conference on January 19, 2017. ECF No. 29. During the August 25, 2016, status conference, the Court also set the case for a trial to begin on September 25, 2017. Additionally, the Court found facts and excluded time under the Speedy Trial Act for the time period between August 25, 2016, and September 25, 2017. ECF No. 29. Because this case is already set for trial and the Court has excluded time under the Speedy Trial Act, the parties have conferred and respectfully request that the Court vacate the January 19, 2017, status conference.

//

//

//

STIPULATION AND ORDER

1

| | | |
|---|---|---|
| Dated: January 17, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: January 17, 2017 | | /s/ JEFFREY FLETCHER<br>[authorized by email]<br>JEFFREY FLETCHER<br>Counsel for Defendant<br>Ricky Lee Richardson, Jr. |

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The January 19, 2017, status conference is hereby vacated.

IT IS SO ORDERED.

Dated: January 18, 2017

Troy L. Nunley
United States District Judge