Jeffrey Fletcher, Esq., State Bar #142464
Attorney at Law
U.S. Bank Plaza
980 Ninth Street
Sacramento, CA 95814
(916) 449-9937
(916) 419-0452 fax
Attorney for Defendant

UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00069 TLN |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON MOTIONS AND ORDER |
| vs. | |
| RICKY RICHARDSON, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Ricky Lee Richardson, Jr., by and through his counsel Jeffrey Fletcher, hereby agree and stipulate as follows:

1. On March 2, 2017, the parties appeared before Judge Troy L. Nunley for a status conference. The court set a briefing schedule for Rule 12 motions with motions to be filed by April 13, 2017, with responses filed by April 27, 2017, and a hearing date on May 4, 2017, at 9:30 a.m.

2. The parties hereby stipulate and request that the Court vacate the previously set briefing schedule, and enter an order setting the following new schedule: the defendant shall file

1

his Rule 12 motion(s) by May 4, 2017; the United States shall file any response by May 18, 2017; and the Court will conduct a hearing on any filed Rule 12 motions on May 25, 2017, at 9:30 a.m..  Time was previously excluded under Local Code T4 through the trial date of September 25, 2017.

DATED: April 18, 2017  /s/ Jeffrey Fletcher_____
Jeffrey Fletcher, Attorney at Law

DATED: April 18, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation in its entirety.  IT IS HEREBY ORDERED that- the defendant shall file his Rule 12 motions, if any, on or before May 4, 2017, any response to Rule 12 motions shall be filed on or before May 18, 2017, and a hearing on Rule 12 motions is set for May 25, 2017 at 9:30 a.m.

IT IS SO ORDERED.

DATED: April 24, 2017

_____
Troy L. Nunley
United States District Judge