| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | BRIAN A. FOGERTY |
| | JILL M. THOMAS |
| 3 | Assistant United States Attorney |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0069 TLN |
|---|---|
| Plaintiff, | |
| v. | |
| RICKY LEE RICHARDSON JR., | STIPULATION AND PROTECTIVE ORDER REGARDING FOUR PAGES OF DISCOVERY MATERIAL |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Ricky Lee Richardson, Jr., by and through his counsel, Michael Chastaine, hereby stipulate and agree, and respectfully request that the Court order that:

The United States shall make available for inspection at the United States Attorney's Office four pages of sensitive discovery material, which has been marked "For Inspection Only." These four pages of discovery material are now and will forever remain the property of the United States. This material will be made available for inspection by counsel for the defendant only for purposes of representation in this case. Counsel for the defendant shall not copy and/or disseminate these four pages of material.

//

//

Dated: July 12, 2017                                PHILLIP A. TALBERT
                                                    United States Attorney

                                            By:     /s/ BRIAN A. FOGERTY
                                                    BRIAN A. FOGERTY
                                                    Assistant United States Attorney


Dated: July 12, 2017                                /s/ MICHAEL CHASTAINE
                                                    [authorized by email]
                                                    MICHAEL CHASTAINE
                                                    Counsel for Defendant

## ORDER

By agreement of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: July 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE