1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN A. FOGERTY
   JILL M. THOMAS
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:16-CR-00069 TLN

12                      Plaintiff,          STIPULATION AND ORDER TO RESET TRIAL
                                            DATE AND FOR EXCLUSION OF TIME UNDER
                 v.                         SPEEDY TRIAL ACT
13
    RICKY LEE RICHARDSON, JR.,              DATE: February 26, 2018
14                                          TIME: 9:30 a.m.
                        Defendant.          COURT: Hon. Troy L. Nunley
15

16
          The United States of America, by and through Assistant United States Attorney Brian A.
17
    Fogerty, and defendant Ricky Lee Richardson, Jr., by and through counsel Danny D. Brace, Jr., hereby
18
    agree and stipulate as follows:
19
          1.      On August 31, 2017, the Court set this case for trial beginning February 26, 2018. ECF
20
    No. 53. The parties request that the Court vacate the February 26, 2018, trial date, and set this case for
21
    trial beginning on March 12, 2018. The parties estimate that the trial will last two weeks. The parties
22
    further request that the trial confirmation hearing remain on January 25, 2018, at 9:30 a.m.
23
          2.      The government has produced approximately 500 pages of discovery and made available
24
    for inspection electronic devices and certain other materials. Counsel for the defendant was retained in
25
    August 2017, and will need time to review the allegations underlying all of the charges in the
26
    superseding indictment, examine the evidence, confer with his client, and prepare for trial.
27
          3.      Based on the foregoing facts, the parties agree that the interests of justice served by
28

    STIPULATION AND ORDER                         1

vacating the February 26, 2018, trial date, and resetting the case for trial on March 12, 2018, and

excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and

the defendant in a speedy trial.  The parties request that the Court adopt the facts set forth herein and

order time excluded from the date of this Order to and including March 12, 2018, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare

for trial.

Dated:  October 3, 2017                                  PHILLIP A. TALBERT
                                                        United States Attorney


                                                By:  /s/ BRIAN A. FOGERTY
                                                     BRIAN A. FOGERTY
                                                     Assistant United States Attorney


Dated:  October 3, 2017                                  /s/ DANNY D. BRACE, JR.
                                                        [authorized by email]
                                                        DANNY D. BRACE, JR.
                                                        Counsel for Defendant
                                                        Ricky Lee Richardson, Jr.


**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause

appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court VACATES the

February 26, 2018, trial date, and RESETS the case for trial to begin on March 12, 2018.  The Court will

hold a trial confirmation hearing on January 25, 2018, at 9:30 a.m.  The Court also specifically finds that

based on the facts set forth in the parties' stipulation, the failure to grant a continuance and exclude the

time between the date of this Order and March 12, 2018, would deny counsel reasonable time necessary

for effective preparation, taking into account the exercise of due diligence.  The Court further finds the

ends of justice are served by the continuance and outweigh the best interests of the public and the

defendant in a speedy trial.  Time from the date of this Order to and including March 12, 2018, is

STIPULATION AND ORDER

2

excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge