**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Ricky Richardson

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:16-CR-69-TLN |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING** |
| vs. | |
| Ricky Richardson | **Date**: August 16, 2018<br>**Time:** 9:30 a.m.<br>**Judge:** Hon. Troy L. Nunley |
| Defendant | |

## **PROCEDURAL HISTORY**

On February 15, 2018, Mr. Richardson plead guilty to a violation of 18 U.S.C. § 1591(a)(1) with sentencing set for May 17, 2018. Subsequently, his retained attorney was suspended from and practice of law and current counsel was appointed to represent Mr. Richardson on May 17, 2018 with sentencing continued to August 16, 2018.

## **FACTUAL SUMMARY**

Counsel for Mr. Richardson is working on a sentencing memorandum and needs a bit more time to finish it and has communicated the same to AUSA Fogerty, who has no objection to the filing of the memorandum even though the formal time for said filing has technically expired. Further, Mr. Fogerty has a scheduled oral argument in front of the Ninth Circuit Court of Appeals on August 16, 2018.

Both counsel request sentencing be continued to September 6, 2018 at 9:30 a.m..

## **STIPULATION**

Plaintiff, United States, and Defendant Ricky Richardson, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for Judgment and Sentencing to September 6, 2018.

**IT IS SO STIPULATED.**

DATED: July 23, 2018					McGregor W. Scott
							United States Attorney

							/s/ Brian Fogerty by Jan Karowsky with
							Mr. Fogerty's permission
							by
							Brian Fogerty
							Assistant U.S. Attorney


DATED: July 23, 2018					JAN DAVID KAROWSKY
							Attorney at Law
							A Professional Corporation

							/s/ Jan Karowsky

							by
							JAN DAVID KAROWSKY
							Attorney for Defendant

**IT IS SO ORDERED.**

Dated: July 23, 2018

_____
Troy L. Nunley
United States District Judge