McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY LEE RICHARDSON, JR.,<br><br>Defendant. | Case No.: 2:16-CR-69-TLN<br><br>**STIPULATION FOR ORDER REQUIRING PAYMENT OF CURRENCY HELD BY THE FEDERAL BUREAU OF INVESTIGATION TO BE APPLIED TO ASSESSMENT AND RESTITUTION WITH BALANCE TO BE RETURNED TO DEFENDANT'S DESIGNEE, THAWI DUL; AND ORDER** |

The United States of America and defendant Ricky Lee Richardson, Jr., by and through their respective counsel of record, hereby stipulate as follows:

1. A judgment was entered in this case against Richardson on September 6, 2018. ECF No. 78. The judgment orders Richardson to pay a $100.00 assessment, and $1,600.00 in restitution. These balances remain unpaid.

2. On April 4, 2016, agents of the Federal Bureau of Investigation arrested Richardson, pursuant to a federal arrest warrant issued in this case. At the time of Richardson's arrest, agents seized $7,200 in cash from Richardson. The $7,200 is in the custody of the Federal Bureau of Investigation.

3. The parties agree that the unpaid assessment and restitution order can and should be paid from the $7,200.00. 18 U.S.C. §§ 3613 and 3664(m)(1)(A)(i). Accordingly, the parties request that the Court enter the proposed order directing the Federal Bureau of Investigation to pay to the Clerk of Court

$1,700.00 of the seized currency so that it may be applied toward Richardson's unpaid assessment and restitution in this case.

4. Once the Federal Bureau of Investigation pays $1,700.00, the balance of the $7,200.00, which is $5,500.00, shall be returned to Ricky Lee Richardson, Jr. by payment to his designee, Thawi Dul.

4. Once the Federal Bureau of Investigation pays the $1,700.00 in seized currency to the Clerk of Court as required by the accompanying order, and the $5,500.00 is paid to Thawi Dul on behalf of Mr. Richardson, Mr. Richardson fully and finally releases the United States, its agencies, departments, employees, servants, contractors, and agents (collectively the United States) from any claims (including attorney's fees, costs, and expenses of every kind and however denominated) which Richardson asserted, could have asserted, or may assert in the future against the United States related to the seizure of the $7,200.00.

**IT IS SO STIPULATED.**

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:                By:  /s/
                           BRIAN A. FOGERTY
                           Assistant United States Attorney

Dated:                By:  /s/
                           RICKY LEE RICHARDSON, JR.
                           Defendant

Dated:                By:  /s/
                           JAN KAROWSKY
                           Attorney for defendant Ricky Lee Richardson, Jr.

# **O R D E R**

The Court, having reviewed the parties' stipulation for an order requiring payment of currency held by the Federal Bureau of Investigation to be applied toward defendant Ricky Lee Richardson, Jr.'s unpaid assessment and restitution and return of the balance to Mr. Richardson's designee, and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the Federal Bureau of Investigation shall:

1. Within thirty days of the entry of this order, deliver to the Clerk of the Court a check or money order in the amount of $1,700.00 and made payable to the "Clerk of Court."

2. Mail or deliver the check or money order to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The Federal Bureau of Investigation shall also state the docket number (Case No.: 2:16-CR-69-TLN) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. Once the Federal Bureau of Investigation pays the $1,700.00 to the Clerk of the Court, the balance of the $7,200.00, which is $5,500.00, shall be returned to Ricky Lee Richardson, Jr.'s designee, Thawi Dul.

IT IS SO ORDERED.

Dated: February 6, 2019

Troy L. Nunley
United States District Judge