| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | BRIAN A. FOGERTY |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0069-TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| RICKY LEE RICHARDSON, JR., | |
| Defendant. | |

**STIPULATION**

1. Defendant Ricky Lee Richardson, Jr. filed a motion for reduction in sentence and compassionate release on July 14, 2020. ECF No. 84. Pursuant to Local Rules 430.1(d) and (e), the government's response to the motion is due on or before July 21, 2020, and Richardson's reply, if any, is due on or before July 24, 2020.

2. The government requests additional time to review Bureau of Prisons (BOP) records and confer with BOP personnel regarding Richardson's request. Accordingly, the government requests that the Court extend the filing deadline for the government's opposition or response to August 4, 2020. The government further requests that the Court extend the deadline for Richardson's reply, if any, to August 11, 2020.

3. Counsel for the defendant does not oppose the government's request to modify the briefing schedule.

1

1  4. The parties hereby stipulate and move that:

2  a) The government's opposition or response to defendant's motion, ECF No. 84,

3 shall be filed on or before August 4, 2020; and

4  b) The defendant's reply, if any, shall be filed on or before on August 11, 2020.

5  IT IS SO STIPULATED.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: July 17, 2020 | /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: July 17, 2020 | /s/ JAN KAROWSKY<br>JAN KAROWSKY<br>Counsel for Defendant Ricky Lee Richardson Jr |

2

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed modified briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, ECF No. 84, shall be filed on or before August 4, 2020;

    b)    The defendant's reply, if any, shall be filed on or before August 11, 2020.

IT IS SO ORDERED.

DATED: July 17, 2020

Troy L. Nunley
United States District Judge