McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00069-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| RICKY LEE RICHARDSON, | |
| Defendant. | |

**STIPULATION**

1. Defendant Ricky Richardson filed a motion for reduction in sentence and compassionate release on July 14, 2020.  Docket No. 84.  By stipulation the government's response is currently due August 4, 2020, and any reply by August 11, 2020.  Docket No. 88.

2. The government requests that the Court extend the filing deadline for the government's opposition or response to August 6, 2020.

3. Counsel for the defendant does not oppose the government's request to adjust the briefing schedule.

4. The parties hereby stipulate and move that:

    a) The government's opposition or response to defendant's motion, Docket No. 84, shall be filed on or before August 6, 2020; and

    b) The defendant's reply, if any, shall be filed on or before on August 13, 2020.

1 | IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 4, 2020

*/s/ Brian A. Fogerty*
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: August 4, 2020

/s/ Jan D. Karowsky
JAN D. KAROWSKY
Counsel for Defendant Ricky Lee Richardson

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 84, shall be filed on or before August 6, 2020;

    b)    The defendant's reply, if any, shall be filed on or before August 13, 2020.

IT IS SO ORDERED.

DATED: August 5, 2020

Troy L. Nunley
United States District Judge