**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Ricky Richardson

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-69-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE REGARDING A NEW DATE FOR DEFENDANT'S REPLY BRIEF TO BE DUE** |
| vs. | |
| RICKY RICHARDSON, | |
| Defendant | |

### STIPULATION

1. Defendant Ricky Lee Richardson, Jr. filed a motion for reduction in sentence and compassionate release on July 14, 2020. (ECF No. 84.)

2. The government requested two extensions to file its opposition, the latest of which the parties stipulated to an extension to August 6, 2020 for the government's opposition brief to be filed and the Court so ordered on August 5, 2020. (ECF 90).

3. By said previous order, defendant's reply brief is due on or before August 13, 2020.

4.  Counsel for defendant needs an extension to on or before August 27, 2020 to prepare and file defendant's reply brief.

5. Counsel for the government does not oppose the defendant's request to modify the briefing schedule.

6. The parties hereby stipulate and move that:

a) The defendant's reply to the government's opposition, ECF No. 91, shall be filed on or before August 27, 2020.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:  August 11, 2020 | McGregor W. Scott<br>United States Attorney<br><br>/s/ Brian Fogerty by Jan Karowsky with Mr. Fogerty's permission<br>by<br>Brian Fogerty<br>Assistant U.S. Attorney |
| DATED:  August 11, 2020 | JAN DAVID KAROWSKY<br>Attorney at Law<br>A Professional Corporation<br><br>/s/ Jan Karowsky<br><br>by<br>JAN DAVID KAROWSKY<br>Attorney for Defendant |

**IT IS SO ORDERED.**

Dated: August 11, 2020

_____
Troy L. Nunley
United States District Judge