PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00069-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| RICKY LEE RICHARDSON, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a second motion for compassionate release on July 6, 2022. ECF 108.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before August 15, 2022;

STIPULATION RE BRIEFING SCHEDULE     1

b) The defendant's reply to the government's response to be filed on or before September 12, 2022.

IT IS SO STIPULATED.

Dated: July 6, 2022                    PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ MICHELLE RODRIGUEZ
                                       MICHELLE RODRIGUEZ
                                       Assistant United States Attorney


Dated: July 6, 2022                    /s/ JAN DAVID KAROWSKY
                                       JAN DAVID KAROWSKY
                                       Counsel for Defendant
                                       RICKY LEE RICHARDSON, JR.

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, ECF 108, is due on or before August 15, 2022;

b) The defendant's reply to the government's response, if any, is due on September 12, 2022.

IT IS SO FOUND AND ORDERED this 11th day of July 2022.

                                       _____
                                       Troy L. Nunley
                                       United States District Judge