PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00069-TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| RICKY LEE RICHARDSON, | |
| Defendant. | |

**STIPULATION**

1. Defendant Ricky Richardson filed a motion for reduction in sentence and compassionate release on July 19, 2023. Docket No. 118. Pursuant to Local Rule the government's response is currently due July 26, 2023.

2. The government requests that the Court extend the filing deadline for the government's opposition or response to July 31, 2023.

3. Counsel for the defendant does not oppose the government's request to adjust the briefing schedule.

4. The parties hereby stipulate and move that:

   a) The government's opposition or response to defendant's motion, Docket No. 118, shall be filed on or before July 31, 2023; and

   b) The defendant's reply, if any, shall be filed on or before on August 7, 2023.

1    IT IS SO STIPULATED.

2
                                          PHILLIP A. TALBERT
3                                         United States Attorney

4    Dated:  July 26, 2023

5                                          */s/ Michelle Rodriguez*
                                          MICHELLE RODRIGUEZ
6                                         Assistant United States Attorney

7
     Dated:  July 26, 2023               */s/ Jan D. Karowsky*
8                                         JAN D. KAROWSKY
                                          Counsel for Defendant Ricky Lee Richardson
9

10

11

12                              **ORDER**

13          Based upon the stipulation and representations of the parties, the Court adopts the proposed

14   revised briefing schedule as follows:

15          a)      The government's opposition or response to defendant's motion, Docket No. 118,

16   shall be filed on or before July 31, 2023;

17          b)      The defendant's reply, if any, shall be filed on or before August 7, 2023.

18

19          IT IS SO ORDERED.

20

21   DATED: July 27, 2023

22                                        _____
                                          Troy L. Nunley
23                                        United States District Judge

24

25

26

27

28